# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANDREWS, | No. C 09-0898 WDB |
| Plaintiff, | ORDER GRANTING MOTION TO REMAND |
| v. | |
| CITY OF HERCULES, et al., | |
| Defendants. | |

On April 29, 2009, plaintiff filed his Motion to Remand to State Court. On May 7, 2009, defendants filed their Statement of Non-Opposition to Plaintiff's Motion for Remand.

In light of defendants' non-opposition, the Court GRANTS plaintiff's Motion and REMANDS this matter to the Superior Court for the County of Contra Costa.

IT IS SO ORDERED.

Dated: May 8, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB

1